UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

A. JOE FISH
Judge

June 6, 2016

Ms. Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

        Re:   3:16-CV-1476-G
                Chamber of Commerce of the
                United States of America, et al.
                vs. U.S. Department of Labor,
                et al.

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered cause. Would you see that it is assigned to another Judge per the usual procedure.

                                    Sincerely,

                                    A. JOE FISH
                                    Senior United States District Judge

AJF:epp

Enclosure