# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS E. PEREZ, SECRETARY OF LABOR, and UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | Civil Action No. 3:16-cv-1476-M<br>Consolidated with:<br>　　3:16-cv-1530-C<br>　　3:16-cv-1537-N |

## DEFENDANTS' COMBINED CROSS-MOTIONS FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the United States Department of Labor and Thomas E. Perez, Secretary of the Department of Labor, (collectively, "Defendants") cross-move for summary judgment in the three consolidated cases—in the case originally docketed as No. 3:16-cv-1476-M ("Chamber of Commerce" or "Chamber" plaintiffs), the case originally docketed as No. 3:16-cv-1530-C ("American Council of Life Insurers" or "ACLI" plaintiffs), and the case originally docketed as No. 3:16-cv-1537-N ("Indexed Annuity Leadership Council" or "IALC" plaintiffs). Defendants also oppose the three motions for summary judgment filed by the plaintiffs in each of these cases on the same grounds. Defendants are entitled to summary judgment on all counts in the three complaints for the reasons stated in Defendants' attached memorandum. Defendants have filed a proposed order with this opposition and cross-motion.

Dated: August 19, 2016

Respectfully submitted,

Of Counsel:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

M. PATRICIA SMITH
Solicitor of Labor

JOHN R. PARKER
United States Attorney

G. WILLIAM SCOTT
Associate Solicitor

JUDRY L. SUBAR
Assistant Director
Civil Division, Federal Programs Branch

EDWARD D. SIEGER
Senior Attorney

*/s/ Galen N. Thorp*
GALEN N. THORP (VA Bar # 75517)
EMILY NEWTON (VA Bar # 80745)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 6140
Washington, D.C. 20530
Tel: (202) 514-4781 / Fax: (202) 616-8460
galen.thorp@usdoj.gov
emily.s.newton@usdoj.gov

ELIZABETH HOPKINS
Counsel for Appellate and
Special Litigation

MEGAN HANSEN
Attorney for Regulations
United States Department of Labor
Office of the Solicitor

*Counsel for Defendants*

CERTIFICATE OF SERVICE

On August 19, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties to the three actions electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Galen N. Thorp
GALEN N. THORP