# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, FINANCIAL SERVICES INSTITUTE, INC., FINANCIAL SERVICES ROUNDTABLE, GREATER IRVING-LAS COLINAS CHAMBER OF COMMERCE, HUMBLE AREA CHAMBER OF COMMERCE DBA LAKE HOUSTON AREA CHAMBER OF COMMERCE, INSURED RETIREMENT INSTITUTE, LUBBOCK CHAMBER OF COMMERCE, SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, and TEXAS ASSOCIATION OF BUSINESS, <br><br>           Plaintiffs, <br><br>   v. <br><br> EDWARD HUGLER, ACTING SECRETARY OF LABOR, and UNITED STATES DEPARTMENT OF LABOR, <br><br>           Defendants. | Civil Action No. 3:16-cv-1476-M <br> Consolidated with: <br>     3:16-cv-1530-C <br>     3:16-cv-1537-N |

**PLAINTIFFS' NOTICE OF EXECUTIVE ACTION**

Plaintiffs wish to advise the Court of two developments on last Friday, February 3, that concern the "Fiduciary Rule" currently before the Court. First, the President issued a memorandum directing the Secretary of Labor to conduct a review of the Fiduciary Rule and, depending on the result of that review, to consider rescinding or revising the Rule. Second, following issuance of the memorandum, the Acting Secretary of Labor stated that the Department "will now consider its legal options to delay the applicability of the date as we comply with the President's memorandum." The President's memorandum and the Acting Secretary's press statement are attached hereto.

Plaintiffs continue to seek a prompt ruling from this Court and await a decision as indicated in the Court's order of last Thursday, February 2.

Dated:  February 6, 2017                                                        Respectfully submitted,

| s/ Eugene Scalia | s/ Joseph R. Guerra | s/ David W. Ogden |
|---|---|---|
| Eugene Scalia* <br> Jason J. Mendro* <br> Paul Blankenstein* <br> **GIBSON, DUNN & CRUTCHER LLP** <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C.  20036 <br> Telephone:  (202) 955-8500 <br> Facsimile:  (202) 467-0539 <br> escalia@gibsondunn.com <br> jmendro@gibsondunn.com <br> pblankenstein@gibsondunn.com <br><br> James C. Ho, Texas Bar No. 24052766 <br> Russell H. Falconer, Texas Bar No. 24069695 <br> **GIBSON, DUNN & CRUTCHER LLP** <br> 2100 McKinney Avenue <br> Suite 110 <br> Dallas, TX  75291 <br> Telephone:  (214) 698-3264 <br> Facsimile:  (214) 571-2917 <br> jho@gibsondunn.com <br> rfalconer@gibsondunn.com <br><br> *Counsel for Plaintiffs Chamber of Commerce of the United States of America, Financial Services Institute, Inc., Financial Services Roundtable, Greater Irving-Las Colinas Chamber of Commerce, Humble Area Chamber of Commerce DBA Lake Houston Area Chamber of Commerce, Insured Retirement Institute, Lubbock Chamber of Commerce, Securities Industry and Financial Markets Association, and Texas Association of Business* | Joseph R. Guerra* <br> Peter D. Keisler* <br> Eric D. McArthur * <br> **SIDLEY AUSTIN LLP** <br> 1501 K Street, N.W. <br> Washington, DC 20005 <br> Telephone:  (202) 736-8000 <br> Facsimile:  (202) 736-8711 <br> pkeisler@sidley.com <br> jguerra@sidley.com <br> emcarthur@sidley.com <br><br> Yvette Ostolaza (Bar No. 00784703) <br> **SIDLEY AUSTIN LLP** <br> 2001 Ross Avenue <br> Suite 3600 <br> Dallas, TX 75201 <br> Telephone:  (214) 981-3401 <br> Facsimile:  (214) 981-3400 <br> yvette.ostolaza@sidley.com <br><br> *Counsel for IALC Plaintiffs* | David W. Ogden* <br> Kelly P. Dunbar * <br> Jessica B. Leinwand* <br> Ari Holtzblatt* <br> Kevin M. Lamb* <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> Telephone:  (202) 663-6000 <br> Facsimile:  (202) 663-6363 <br> david.ogden@wilmerhale.com <br> kelly.dunbar@wilmerhale.com <br> jessica.leinwand@wilmerhale.com <br> ari.holtzblatt@wilmerhale.com <br> kevin.lamb@wilmerhale.com <br><br> Andrea J. Robinson* <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br> andrea.robinson@wilmerhale.com <br><br> Michael A. Yanof, Texas Bar No. 24003215 <br> **THOMPSON COE COUSINS & IRONS, LLP** <br> 700 North Pearl Street <br> Twenty-Fifth Floor – Plaza of the Americas <br> Dallas, Texas 75201 <br> Tel.: (214) 871-8270 <br> Fax: (214) 871-8209 <br> myanof@thompsoncoe.com <br><br> *Counsel for ACLI Plaintiffs* <br><br> (*continued on next page*) |

Steven P. Lehotsky*  
U.S. CHAMBER LITIGATION CENTER  
1615 H Street, N.W.  
Washington, DC 20062  
Telephone:  (202) 463-5337  
Facsimile:  (202) 463-5346  
slehotsky@uschamber.com  

*Counsel for Plaintiff Chamber of Commerce of the United States of America*

J. Lee Covington II*  
INSURED RETIREMENT INSTITUTE  
1100 Vermont Avenue, N.W.  
Washington, DC 20005  
Telephone:  (202) 469-3000  
Facsimile:  (202) 469-3030  
lcovington@irionline.org  

*Counsel for Plaintiff Insured Retirement Institute*

David T. Bellaire*  
Robin Traxler*  
FINANCIAL SERVICES INSTITUTE, INC.  
607 14th Street, N.W.  
Suite 750  
Washington, DC 20005  
Telephone:  (888) 373-1840  
Facsimile:  (770) 980-8481  
david.bellaire@financialservices.org  
robin.traxler@financialservices.org  

*Counsel for Plaintiff Financial Services Institute, Inc.*

Kevin Carroll*  
Ira D. Hammerman*  
SECURITIES INDUSTRY AND  
FINANCIAL MARKETS ASSOCIATION  
1101 New York Avenue, N.W.  
8th Floor  
Washington, DC 20005  
Telephone:  (202) 962-7300  
Facsimile:  (202) 962-7305  
kcarroll@sifma.org  
ihammerman@sifma.org  

*Counsel for Plaintiff Securities Industry and Financial Markets Association*

Kevin Richard Foster*  
Felicia Smith*  
FINANCIAL SERVICES ROUNDTABLE  
600 13th Street, N.W.  
Suite 400  
Washington, DC 20005  
Telephone:  (202) 289-4322  
Facsimile:  (202) 589-2526  
richard.foster@FSRoundtable.org  
felicia.smith@FSRoundtable.org  

*Counsel for Plaintiff Financial Services Roundtable*

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 6, 2017, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case file system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                  s/ Eugene Scalia