IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10238
_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FINANCIAL SERVICES INSTITUTE, INCORPORATED; FINANCIAL SERVICES ROUNDTABLE; GREATER IRVING-LAS COLINAS CHAMBER OF COMMERCE; HUMBLE AREA CHAMBER OF COMMERCE, doing business as Lake Houston Chamber of Commerce; INSURED RETIREMENT INSTITUTE; LUBBOCK CHAMBER OF COMMERCE; SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

      Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; EDWARD C. HUGLER, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR,

      Defendants - Appellees

-------------------------------------------------------------------------

AMERICAN COUNCIL OF LIFE INSURERS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - TEXAS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - AMARILLO; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - DALLAS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - FORT WOTH; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - GREAT SOUTHWEST; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - WICHITA FALLS;

      Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; EDWARD C. HUGLER, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR,

      Defendants - Appellees

------------------------------------------------------------------------

INDEXED ANNUITY LEADERSHIP COUNCIL; LIFE INSURANCE COMPANY OF THE SOUTHWEST; AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY; MIDLAND NATIONAL LIFE INSURANCE COMPANY; NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

      Plaintiffs - Appellants

v.

EDWARD C. HUGLER, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR;
UNITED STATES DEPARTMENT OF LABOR,

      Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that the opposed emergency motion of appellants, Chamber of Commerce of the United States of America, Financial Services Institute, Incorporated, Financial Services Roundtable, Greater Irving-Las Colinas Chamber of Commerce, Humble Area Chamber of Commerce,

Insured Retirement Institute, Lubbock Chamber of Commerce, Securities Industry and Financial Markets Association and Texas Association of Business, for injunction pending appeal is DENIED.

IT IS FURTHER ORDERED that appellants' opposed alternative motion to expedite appeal is DENIED.

IT IS FURTHER ORDERED that the opposed emergency motion of appellants, American Council of Life Insurers, National Association of Insurance and Financial Advisors, National Association of Insurance and Financial Advisors - Amarillo, National Association of Insurance and Financial Advisors - Dallas, National Association of Insurance and Financial Advisors - Fort Woth, National Association of Insurance and Financial Advisors - Great Southwest, National Association of Insurance and Financial Advisors - Texas and National Association of Insurance and Financial Advisors - Wichita Falls, for injunction pending appeal is DENIED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

April 05, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-10238    Chamber of Commerce of the USA, et al v. U.S. Department of Labor, et al
                            USDC No. 3:16-CV-1476
                            USDC No. 3:16-CV-1530
                            USDC No. 3:16-CV-1537

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa B. Courseault, Deputy Clerk
                          504-310-7701

Mr. Paul Blankenstein
Mr. Kelly Patrick Dunbar
Mr. Russell Harris Falconer
Mr. Joseph Robert Guerra
Mr. James C. Ho
Mr. Peter D. Keisler
Mr. Kevin Lamb
Mr. Eric Dean McArthur
Mr. Jason J. Mendro
Ms. Karen S. Mitchell
Mr. David W. Ogden
Mr. Michael S. Raab
Ms. Andrea J. Robinson
Mr. Eugene Scalia
Mr. Michael Shih
Ms. Galen Thorp